UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 20-21-HRW

**RODNEY WARD,**                                                  **PLAINTIFF,**

v.                            <u>**JUDGMENT**</u>

**COMMISSIONER OF SOCIAL SECURITY,**                    **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.     the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
    B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
    C.     this action is **STRICKEN** from the active docket of the Court.

This 16th day of July 2021.



**Signed By:**
<u>Henry R Wilhoit Jr.</u>
**United States District Judge**